IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND ROY EVERIDGE, REVENUE OFFICER OF THE INTERNAL REVENUE SERVICE <br><br> Petitioners, <br><br> v. <br><br> DANIEL GARROTT, JR., <br><br> Respondent. | CASE NO.: 3:11-cv-00241 <br> JUDGE NIXON |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that the United States of America and Roy Everidge, Revenue Officer of the Internal Revenue Service, hereby voluntarily dismisses the above-entitled action without prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, as Revenue Officer Everidge has been unable to serve or locate the Respondent at the present time.

The Petitioners further request that the hearings currently scheduled for May 26, 2011, at 10:00 a.m. and July 29, 2011, at 10:00 a.m. be cancelled.

This the 25th day of May, 2011.

*So ordered.*

Respectfully submitted,

JERRY E. MARTIN
United States Attorney
Middle District of Tennessee

By: s/ Steve Jordan
STEVE JORDAN, B.P.R. #013291
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Facsimile: (615) 736-5323